# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:                    )
                          )
Homero Martinez,          )    Bankruptcy No.   11 B 44327
                          )
        Debtor(s)         )
                          )

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

Please take notice that the Court will call the above captioned case for status hearing on  July 25, 2013 at 10:30 a.m.  in courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, David R Herzog, is to appear and provide a status at that time.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Date:  JUN 0 4 2013

Document    Page 2 of 2

In re: Homero Martinez
Bankruptcy No. 11 B 44327

## CERTIFICATE OF SERVICE

I, Deborah Smith, certify that on JUN 0 4 2013, I caused to be served copies of the foregoing ORDER to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

*Trustee*
**David R Herzog**
drhlaw@mindspring.com

*Debtor's Attorney*
**Jack Mossburg**
ndil@geracilaw.com

*U.S. Trustee*
USTPRegion11.ES.ECF@usdoj.gov

### Served through First Class Mail

*Debtor(s)*
**Homero Martinez**
5100 S Monitor Ave
Chicago, IL 60638